# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN DIMECH,** | § | |
| | § | |
| **Plaintiff,** | § | Civil Action No. 4:25-cv-252 |
| | § | |
| v. | § | (Removed from the 269th Judicial District, |
| | § | District Court of Harris County, Texas, |
| **SHELL TRADING (US) CO,** | § | Cause No. 2025-03854) |
| | § | |
| **Defendant.** | § | |
| | § | |

**INDEX OF MATTERS BEING FILED**

As required under Local Rule 81, the following is a list of the documents being filed with the Notice of Removal in this action.

1. Index of Matters Being Filed (Exhibit A);

2. Declaration of Heather Sherrod (Exhibit B);

3. Plaintiff's Original Petition (Exhibit C)

4. State Court Docket Sheet (Exhibit D);

5. A list of all counsel of record, including addresses, telephone numbers, and parties represented (Exhibit E);

6. The State Court Notification of Removal (Exhibit F).