United States District Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DIMECH, § | |
| *Plaintiff*, § | |
| § | |
| V. § | CIVIL ACTION NO. 4:25cv0252 |
| § | |
| SHELL TRADING (US) COMPANY, § | |
| *Defendant.* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 14, 2025 (Dkt. 11), the objections thereto (Dkt. 14), and the response to the objections (Dkt. 17), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. This case is **DISMISSED WITHOUT PREJUDICE** to filing in the appropriate forum.

**SIGNED** at Houston, Texas this **28th** day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE