# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOHN DIMECH,<br>*Plaintiff,*<br><br>V.<br><br>SHELL TRADING (US) COMPANY,<br>*Defendant* | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:25cv0252<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the Order adopting the Magistrate Judge's July 14, 2025 Memorandum and Recommendation (Dkt. 11), it is hereby **ORDERED** and **ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** to filing in the appropriate forum.

**SIGNED** at Houston, Texas this **28-th** day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE